ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Fluor-AMEC II, LLC | ) ASBCA No. 63554 |
| | ) |
| Under Contract No. FA8051-15-D-0002 | ) |

APPEARANCES FOR THE APPELLANT:   Kathryn T. Muldoon Griffin, Esq.
Jennifer A. Mahar, Esq.
  Haynes and Boone, LLP
  Tysons, VA

APPEARANCES FOR THE GOVERNMENT:  Caryl A. Potter, III, Esq.
  Air Force Deputy Chief Trial Attorney
Lawrence M. Anderson, Esq.
  Trial Attorney

OPINION AND ORDER OF DISMISSAL
BY ADMINISTRATIVE JUDGE SHACKLEFORD

The contracting officer's final decision from which the above-captioned appeal was taken has been withdrawn. The parties mutually consent to the dismissal of the appeal with prejudice. When a contracting officer unequivocally rescinds a government claim, the government's action moots the appeal, leaving the Board without jurisdiction to entertain the appeal further. *Combat Support Associates*, ASBCA Nos. 58945, 58946, 16-1 BCA ¶ 36,288 at 176,973. The appeal is dismissed as moot.

Dated: September 28, 2023

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I <u>concur</u>

<br>

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I <u>concur</u>

<br>

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

<br>

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63554, Appeal of Fluor-AMEC II, LLC, rendered in conformance with the Board's Charter.

Dated: September 28, 2023

<br>

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals